UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-cv-20802UU

JA MES BETTERLEY,

    Plaintiff,
v.

NCL BAHAMAS LTD.,

    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JAMES BETTERLEY, by and through undersigned counsel, and in in response to the Court's Order of March 17, 2017 [D.E. 5], hereby notifies this Court that the parties have reached an agreed resolution of Plaintiff's claims in the above referenced matter, so that no issuance of a summons is or will be necessary. A proposed Order for Dismissal is being submitted simultaneously with this Notice.

CASE NO.: 17-cv-20802UU
Betterley v. NCL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices on Electronic Filing.

*By: /s/Nicholas I. Gerson*
Nicholas I. Gerson
Bar Number 0020899
GERSON & SCHWARTZ, P.A.
Attorney for Plaintiff
1980 Coral Way
Miami, FL  33145-2624
Telephone:  (305) 371-6000
Facsimile:   (305) 371-5749

CASE NO.: 17-cv-20802UU
Betterley v. NCL

# SERVICE LIST
## BETTERLEY v. NCL
### United States District Court, Southern District of Florida
### Case No.: 17-cv-20802-UU

| | |
|---|---|
| Philip M. Gerson, Esq.<br>Florida Bar No. 127290<br>pgerson@gslawusa.com<br>Edward S. Schwartz , Esq.<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>Nicholas I. Gerson, Esq.<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>David L. Markel, Esq.<br>dmarkel@gslawusa.com<br>Florida Bar No. 78306<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>***Attorneys for Plaintiff*** | Brett Berman, Esq.<br>Florida Bar No. 68221<br>bberman@ncl.com<br>Norwegian Cruise Line<br>7665 Corporate Center Drive<br>Miami, Florida 33126<br>Direct Line: (305) 436-4916<br>Facsimile: (305) 468-2132<br>***Attorney for Defendant*** |