UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-cv-20802UU

JA MES BETTERLEY,

    Plaintiff,

v.

NCL BAHAMAS LTD.,

    Defendant

_____/

## (*PROPOSED*) ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement. The Court being advised by Plaintiff that has settled all claims against Defendant in the above referenced matter, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. Plaintiff's claims against Defendant in the above referenced matter, should be and are hereby DISMISSED WITH PREJUDICE, with the Plaintiff and Defendant each to bear their own respective costs and attorney's fees regarding the Plaintiff's claims in the action against Defendant.

2. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the settlement, should enforcement prove necessary.

DONE AND ORDERED at Chambers, Miami-Dade County, Florida on this 21 day of March, 2017.

                                      URSULA UNGARO
                                      UNITED STATES DISCTRICT JUDGE

Copies furnished to:

NICHOLAS I. GERSON, Esq., ngerson@gslawusa.com , filing@gslawusa.com; jabaunza@gslawusa.com